Taylor J. Wright (California State Bar No. 288609)
   E-mail: twright@mabr.com
**MASCHOFF BRENNAN**
20 Pacifica, Suite 1130
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

Attorney for Plaintiff Sundesa, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sundesa, LLC, a Utah limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>Sunvalley Enterprises L.L.C., a Nevada limited liability company,<br><br>    Defendant. | Civil Action No._2:15-cv-02254__<br><br>**PLAINTIFF'S LOCAL RULE 7.1-1 DISCLOSURE**<br><br>**[Demand for Jury Trial]** |

    Plaintiff Sundesa, LLC ("Sundesa") hereby files this certificate and notice of interested parties pursuant to Local Rule 7.1-1 and certifies the following:

    1.    Sundesa is a non-governmental limited liability company duly organized and existing under the laws of the State of Utah, with its principal place of business located at 250 South 850 East, Lehi, Utah 84043.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2. The undersigned, counsel of record for Sundesa, certifies that no persons, associations of persons, firms, partnerships, or corporations, other than Sundesa, has a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

DATED:  March 26, 2015

Taylor J. Wright
**MASCHOFF BRENNAN**

BY: *(signature)* Taylor J. Wright

Taylor J. Wright

Attorney for Plaintiff
Sundesa, LLC