1  Taylor J. Wright (California State Bar No. 288609)
   E-mail:  twright@mabr.com
2  **MASCHOFF BRENNAN**
3  20 Pacifica, Suite 1130
4  Irvine, California 92618
   Telephone:  (949) 202-1900
5  Facsimile:   (949) 453-1104

7  Attorney for Plaintiff Sundesa, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sundesa, LLC, a Utah Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Sunvalley Enterprises L.L.C., a Nevada limited liability company,<br><br>　　　　　Defendant. | Civil Action No. 2:15-cv-2254<br><br>**NOTICE OF RELATED CASES**<br><br>Complaint Filed: March 26, 2015<br>Trial Date: Not Assigned |

TO THE COURT AND DEFENDANTS IN THE ABOVE-CAPTIONED ACTION:

　　　PLEASE TAKE NOTICE that this action is related to the following actions filed previously, or concurrently herewith, in the United States District Court for the Central District of California:

　　　1. *Sundesa, LLC v. Atlantic Pro-Nutrients, Inc.* (SACV13-01071 JVS (RNBx))

　　　2. *Sundesa, LLC v. Supplementwarehouse.com, Inc.* (SACV13-01083 JVS (RNBx))

　　　3. *Sundesa, LLC v. Max Performance Supplements, LLC* (SACV13-01084 AG (JPRx))

4. *Sundesa, LLC v. I A Nutrition, Inc.* (SACV13-01085 JST (JPRx))

5. *Sundesa, LLC v. Clean Designs, LLC* (SACV13-01086 JVS (JPRx))

6. *Sundesa, LLC v. TBCPM, L.L.C.* (SACV13-01088 CJC (JPRx))

7. *Sundesa, LLC v. Boelter Brands, LLC* (SACV13-01150 ABC (MANx)

8. *Sundesa, LLC v. Labrada Nutrition, Inc.* (SACV13-cv-01984 JLS (DFMx))

9. *Sundesa, LLC v. 310 Nutrition, LLC* (SACV13-cv-01985 JLS (RNBx))

10. *Sundesa, LLC v. Incline Health, Inc.* (SACV13-cv-01986 JLS (DFMx))

11. *Sundesa, LLC v. Nutrivo, LLC* (SACV13-cv-01987 AG (DFMx))

12. *Sundesa, LLC v. Harrison-Daniels Inc* (2:4-cv-08713-ODW-SH)

13. *Sundesa, LLC v. EHPLABS, LLC* (2:14-cv-05327-JVS-RNB)

14. *Sundesa, LLC v. Giant Sports Products, LLC* (case number not yet available; filed concurrently with this action)

15. *Sundesa, LLC v. Nutrakey Inc.* (case number not yet available; filed concurrently with this action)

The above-captioned action is related to the actions listed above because the Plaintiff is the same and United States Patent No. 6.379,032 (the "'032 Patent") is asserted against the defendant in each action. This case would also entail substantial duplication of labor if heard by different judges because the accused products in each case are nearly identical to each other.

DATED: March 26, 2015          Taylor J. Wright
                               MASCHOFF BRENNAN

                               By: /s/ Taylor J. Wright
                                     Taylor J. Wright

                               Attorney for Plaintiff
                               SUNDESA, LLC